Justin Fok, Esq., CSBN 242272
Law Offices of Jean D. Chen
2107 N. First Street, Suite 300
San Jose, CA 95131
Telephone: (408) 437-1788
Facsimile: (408) 437-9788
Email: jfok@jclawoffice.com

Attorney for Plaintiff
Wilson Enning You

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
## COMPLAINT

| | |
|---|---|
| **Wilson Enning You** | Case No.: **C07 03565** |
| Plaintiff, | |
| v. | **PETITION FOR HEARING ON NATURALIZATION APPLICATION UNDER 8 U.S.C. §1447(b)** |
| **Alberto Gonzales**, United States Attorney General, United States Department of Justice; **Michael Chertoff**, Secretary, Department of Homeland Security; **Emilio T. Gonzalez**, Director, United States Citizenship and Immigration Services; **Robert S. Mueller III**, Director, Federal Bureau of Investigation | Immigration Case |
| Defendants. | |

Plaintiff, Wilson Enning You, by and through his attorney of record, opens this lawsuit against the Defendants and will show this Court the following:

1. This action is brought for a hearing to decide Plaintiff's naturalization application due to Defendants' failure to adjudicate the application within 120 days after the first examination in violation of the Immigration and Nationality Act ("INA") §336(b) and 8 U.S.C. §1447(b).

Case No.:
Complaint

1

## PARTIES

2. Plaintiff, Wilson Enning You, is a lawful permanent resident of the United States. Plaintiff applied for naturalization to the United States and was interviewed for his naturalization application on September 27, 2005.

3. Defendant Alberto Gonzales is the United States Attorney General and this action is brought against him in his official capacity. Defendant has the authority to administer the oath of allegiance and is the sole authority to naturalize persons as citizens of the United States.

4. Defendant Michael Chertoff is the Secretary of the Department of Homeland Security (DHS), and this action is brought against him in his official capacity. He is generally charged with enforcement of the Immigration and Nationality Act, and is further authorized to delegate such powers and authority to subordinate employees of the DHS.

5. Defendant Emilio T. Gonzalez is the Director of the United States Citizenship and Immigration Services (USCIS), and this action is brought against him in his official capacity. USCIS is an agency within the DHS to which DHS' authority has, in part, been delegated. Defendant Director is generally charged with the overall administration of immigration benefits and services.

6. Defendant Robert S. Mueller, III, is Director of the Federal Bureau of Investigation ("FBI"), and this action is brought against him in his official capacity. As will be shown, Defendant Director has failed to complete the security clearances ("Name Check") on Plaintiff's case.

## JURISDICTION

7. Jurisdiction in this case is proper under the INA§336(b) and 8 U.S.C.§1447(b). Relief is requested pursuant to said statutes.

## VENUE

8. Venue is proper in this honorable court, pursuant to 8 U.S.C. §1447(b), in that Plaintiff may request a hearing on the matter in the District where Plaintiff resides.

## INTRADISTRICT ASSIGNMENT

9. This lawsuit should be assigned to the San Jose Division of this court because a

substantial part of the event or omission which give rise to this lawsuit occurred in Santa Clara County.

**CAUSE OF ACTION**

10. Plaintiff is a lawful permanent resident (A#047 549 364) of the United States. Plaintiff filed an N-400, *Application for Naturalization* ("Application"), with the USCIS California Service Center on April 22, 2005. Plaintiff appeared at the USCIS Application Support Center in San Jose to have his fingerprints taken on July 7, 2005. **(EXHIBIT 1)**

11. On September 27, 2005, Plaintiff appeared before the USCIS San Jose sub-office for the examination of his Application. Plaintiff passed the English and U.S. History and Government tests but was informed a decision could not yet be made on the application due to a pending FBI name check. **(EXHIBIT 2)**

12. Defendants have sufficient information to determine Plaintiff's eligibility for naturalization.

13. Defendants, in violation of 8 U.S.C. §1447(b), have failed to make a determination on Plaintiff's naturalization application within the 120-day period after the date of examination.

**PRAYER**

14. WHEREFORE, in view of the arguments and authority noted herein, Plaintiff respectfully prays that the Defendants be cited to appear herein and that, upon due consideration, the Court:

    (a) assume jurisdiction over this matter;

    (b) should the Court deem it necessary, order that a hearing take place on this matter;

    (c) review this matter de novo, and approve Plaintiff's N-400, *Application for Naturalization*; or

    (d) remand the matter with specific instructions for Defendants to complete adjudication of the N-400 within 60 days of receiving the remand order.

    (e) award reasonable attorney's fees and costs under the Equal Access to Justice Act;

    (f) grant any other relief at law and in equity as justice may require.

Dated: July 10, 2007

Respectfully submitted,

*/s/ Justin Fok/*

Justin Fok, CSBN: 242272
Attorney for Plaintiff

foot

Dated: July 10, 2007

Respectfully submitted,

[signature]

Justin Fok, CSBN: 242272
Attorney for Plaintiff

# Exhibit 1

Exhibit 1

# THE UNITED STATES OF AMERICA

| | |
|---|---|
| Fingerprint Notification | **NOTICE DATE** June 22, 2005 |
| **CASE TYPE** N400 Application For Naturalization | **INS A#** A 047 549 364 |
| **APPLICATION NUMBER** WSC*001307689 | **RECEIVED DATE** April 22, 2005 | **PRIORITY DATE** April 22, 2005 | **PAGE** 1 of 1 |

**APPLICANT NAME AND MAILING ADDRESS**

WILSON ENNING YOU

SUNNYVALE CA 94089

To process your application, INS must take your fingerprints and have them cleared by the FBI. **PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.** If you are unable to do so, complete the bottom of this notice and return the entire original notice to the address below. **RESCHEDULING YOUR APPOINTMENT WILL DELAY YOUR APPLICATION. IF YOU FAIL TO APPEAR AS SCHEDULED BELOW OR FAIL TO REQUEST RESCHEDULING, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.**

| **APPLICATION SUPPORT CENTER** | **DATE AND TIME OF APPOINTMENT** |
|---|---|
| INS SAN JOSE 122 CHARCOT AVE. SAN JOSE CA 95131 | 07/07/2005 01:00 PM |

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR FINGERPRINTS TAKEN, YOU MUST BRING:**

1. **THIS APPOINTMENT NOTICE** and
2. **PHOTO IDENTIFICATION.** Naturalization applicants must bring their Alien Registration Card. All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, you will not be fingerprinted.

**PLEASE DISREGARD THIS NOTICE IF YOUR APPLICATION HAS ALREADY BEEN GRANTED.**

BIOMETRICS PROCESSING STAMP
ASC SITE CODE: XTE/SANJOSE
BIOMETRICS QA REVIEW BY:
TENPRINTS QA REVIEW BY: JUL 07 2005   ON

**REQUEST FOR RESCHEDULING**

Please reschedule my appointment for the next available: ☐ Wednesday afternoon  ☐ Saturday afternoon ON _____

INS cannot guarantee the day preferred, but will do so to the extent possible.
Upon receipt of your request, you will be provided a new appointment notice. Please mail your request to:

INS SAN JOSE
122 CHARCOT AVE.
SAN JOSE CA 95131

If you have any questions regarding this notice, please call 1-800-375-5283.     APPLICANT COPY

**APPLICATION NUMBER**
WSC*001307689

**WARNING!**
Due to limited seating availability in our lobby areas, only persons who are necessary to assist with transportation or completing the fingerprint worksheet should accompany you.

Form I-797C (Rev. 08/31/04) N

# Exhibit 2

**Exhibit 2**

**U.S. Department of Homeland Security**
Citizenship and Immigration Services

**N-652, Naturalization Interview Results**

A#:  A47549364

On September 27, 2005, you were interviewed by USCIS Officer **JOHN R. GONZALEZ**

☑ You passed the tests of English and U.S. history and government.

☐ You passed the test of U.S. history and government and the English language requirement was waived.

☐ USCIS has accepted your request for a Disability Exception. You are exempted from the requirement to demonstrate English language ability and/or a knowledge of U.S. history and government.

☐ You will be given another opportunity to be tested on your ability to ☐ speak / ☐ read / ☐ write English.

☐ You will be given another opportunity to be tested on your knowledge of U.S. history and government.

☐ Please follow the instructions on the Form N-14.

☐ USCIS will send you a written decision about your application.

☐ You did not pass the second and final test of your ☐ English ability / ☐ knowledge of U.S. history and government. You will not be rescheduled for another interview for this N-400. USCIS will send you a written decision about your application.

A) ☐ **Congratulations! Your application has been recommended for approval.** At this time, it appears that you have established your eligibility for naturalization. If final approval is granted, you will be notified when and where to report for the Oath Ceremony.

*NAME CHECK PENDING*
B) ☑ **A decision cannot yet be made about your application.**

**It is very important that you:**

☒ Notify USCIS if you change your address.

☒ Come to any scheduled interview.

☒ Submit all requested documents.

☒ Send any questions about this application in writing to the officer named above. Include your full name, Alien Registration Number (A#), and a copy of this paper.

☒ Go to any Oath Ceremony that you are scheduled to attend.

☒ Notify USCIS as soon as possible in writing if you cannot come to any scheduled interview or Oath Ceremony. Include a copy of this paper and a copy of the scheduling notice.

**NOTE:** Please be advised that under section 336 of the Immigration and Nationality Act, you have the right to request a hearing before an immigration officer if your application is denied or before the U.S. district court if USCIS has not made a determination on your application within 120 days of the date of your examination.

Form N-652 (Rev. 01/04/05)N

EXHIBIT LIST

| Exhibit | Description |
| --- | --- |
| 1. | Plaintiff's Fingerprint Notification |
| 2. | Plaintiff's N-652, Naturalization Interview Results |

Case No.:
Complaint

5