Justin Fok, Esq., CSBN: 242272
Law Offices of Jean D. Chen
2107 N. First Street, Suite 300
San Jose, CA 95131
Telephone: (408) 437-1788
Facsimile: (408) 437-9788
Email: jfok@jclawoffice.com

Attorney for Plaintiff
Wilson Enning You

FILED
2007 JUL 10 P 3:38
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

ORIGINAL

E-FILING

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Wilson Enning You,<br><br>    Plaintiff,<br><br>v.<br><br>**Alberto Gonzales**, United States Attorney General, U.S. Department of Justice;<br>**Michael Chertoff**, Secretary of the Department of Homeland Security;<br>**Emilio T. Gonzalez**, Director of United States Citizenship and Immigration Services;<br>**Robert S. Mueller III**, Director of the Federal Bureau of Investigation,<br><br>    Defendants. | Case No. C07 03565 RS<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>**Immigration Case** |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

///
///
///
///

Case No.                                              1
Certification of Interested Entities or Persons

1 | Dated: July 10, 2007

Respectfully Submitted,

Justin Fok, CSBN: 242272
Attorney for Plaintiff

2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Case No.                                            2
Certification of Interested Entities or Persons