# United States District Court

## NORTHERN DISTRICT OF CALIFORNIA

E-FILING

Wilson Enning You

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

V.

Alberto Gonzales, United States Attorney General, United States Department of Justice;
Michael Chertoff, Secretary of the Department of Homeland Security;
Emilio T. Gonzalez, Director of United States Citizenship and Immigration Services;
Robert S. Mueller III, Director of Federal Bureau of Investigation

**C07 03565**

RS

TO: (Name and address of defendant)

Emilio T. Gonzalez
Director
U.S. Citizenship and Immigration Services
425 I Street, NW
Washington, DC 20536-0003

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Justin Fok (CSB# 242272)
2107 N. First St., Suite 300
San Jose, CA 95131
Tel: (408) 437-1788
Fax: (408) 437-9788

an answer to the complaint which is herewith served upon you, within  60  days after service of this summons upon you,
exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in
the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE  7-10-07

(BY) DEPUTY CLERK

Sandy Morris

# United States District Court

## NORTHERN DISTRICT OF CALIFORNIA

Wilson Enning You

### SUMMONS IN A CIVIL CASE

CASE NUMBER:

V.

Alberto Gonzales, United States Attorney General, United States Department of Justice;
Michael Chertoff, Secretary of the Department of Homeland Security;
Emilio T. Gonzalez, Director of United States Citizenship and Immigration Services;
Robert S. Mueller III, Director of Federal Bureau of Investigation

C 07    03565    RS

TO: (Name and address of defendant)

Alberto Gonzales
United States Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Justin Fok (CSB# 242272)
2107 N. First St., Suite 300
San Jose, CA 95131
Tel: (408) 437-1788
Fax: (408) 437-9788

an answer to the complaint which is herewith served upon you, within   60   days after service of this summons upon you,
exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in
the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

(BY) DEPUTY CLERK

Sandy Morris

DATE   7-10-07

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

E-FILING

Wilson Enning You

### SUMMONS IN A CIVIL CASE

CASE NUMBER:

## C07 03565

**v.**

Alberto Gonzales, United States Attorney General, United States Department of Justice;
Michael Chertoff, Secretary of the Department of Homeland Security;
Emilio T. Gonzalez, Director of United States Citizenship and Immigration Services;
Robert S. Mueller III, Director of Federal Bureau of Investigation

TO: (Name and address of defendant)

Michael Chertoff
Secretary of the Department of Homeland Security
U.S. Department of Homeland Security
Washington, DC 20528

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Justin Fok (CSB# 242272)
2107 N. First St., Suite 300
San Jose, CA 95131
Tel: (408) 437-1788
Fax: (408) 437-9788

an answer to the complaint which is herewith served upon you, within   60    days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

(BY) DEPUTY CLERK

Sandy Morris

DATE   7.10-07

# United States District Court

## NORTHERN DISTRICT OF CALIFORNIA



E-FILING

Wilson Enning You

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

V.

Alberto Gonzales, United States Attorney General, United States Department of Justice;
Michael Chertoff, Secretary of the Department of Homeland Security;
Emilio T. Gonzalez, Director of United States Citizenship and Immigration Services;
Robert S. Mueller III, Director of Federal Bureau of Investigation

C07  03565

RS

TO: (Name and address of defendant)

Robert S. Mueller, III
Director of FBI
Federal Bureau of Investigation
J. Edgar Hoover Building
935 Pennsylvania Avenue, NW
Washington, DC 20536-0001

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Justin Fok (CSB# 242272)
2107 N. First St., Suite 300
San Jose, CA 95131
Tel: (408) 437-1788
Fax: (408) 437-9788

an answer to the complaint which is herewith served upon you, within   60    days after service of this summons upon you,
exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in
the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE  7-10-07

(BY) DEPUTY CLERK

Sandy Morris

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | 7/11/2007 |

| Name of SERVER | | TITLE | |
|---|---|---|---|
| Bo Li | | | Office Administrator |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other *(specify):*

    Certified mail with return receipt

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | U.S.P.S. | $ 37.26 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    7/11/2007
        *Date*

*Signature of Server*   Law Offices of Jean D. Chen
                  2107 N. First Street, Suite 300
                  San Jose, CA 95131

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure



**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ $1.31 |
| Certified Fee | $2.65 |
| Return Receipt Fee (Endorsement Required) | $2.15 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ $6.11 |

Sent To Emilio T. Gonzalez
Street, Apt. No.; or PO Box No. 425 I Street, NW
City, State, ZIP+4 Washington, DC 20536-0005

PS Form 3800, June 2002          See Reverse for Instructions



**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ $1.31 |
| Certified Fee | $2.65 |
| Return Receipt Fee (Endorsement Required) | $2.15 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ $6.11 |

Sent To Robert S. Mueller, III
Street, Apt. No.; or PO Box No. 935 Pennsylvania Ave, NW
City, State, ZIP+4 Washington, DC 20536

PS Form 3800, June 2002          See Reverse for Instructions



**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ $1.48 |
| Certified Fee | $2.65 |
| Return Receipt Fee (Endorsement Required) | $2.15 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ $6.28 |

Sent To Alberto R Gonzales
Street, Apt. No.; or PO Box No. 950 Pennsylvania Ave. NW
City, State, ZIP+4 Washington, DC 20530-0001

PS Form 3800, June 2002          See Reverse for Instructions

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ $2.65 |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | $2.15 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ $6.28 |

Sent To Michael Chertoff
Street, Apt. No.; or PO Box No. U.S. Dept. of Homeland Security
City, State, ZIP+4 Washington, DC 20528

PS Form 3800, June 2002          See Reverse for Instructions



**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ $1.48 |
| Certified Fee | $2.65 |
| Return Receipt Fee (Endorsement Required) | $2.15 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ $6.28 |

Sent To United States Attorney's Offices
Street, Apt. No.; or PO Box No. 450 Golden Gate Ave. 11th
City, State, ZIP+4 San Francisco, CA 94102

PS Form 3800, June 2002          See Reverse for Instructions



**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ $1.48 |
| Certified Fee | $2.65 |
| Return Receipt Fee (Endorsement Required) | $2.15 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ $6.28 |

Sent To Office of the General Counsel
Street, Apt. No.; or PO Box No. U.S. Department of Homeland Security
City, State, ZIP+4 Washington, DC 20528

PS Form 3800, June 2002          See Reverse for Instructions

1

## PROOF OF SERVICE BY MAILING

2  I am over the age of 18 and not a party to the within action. I am an employee of the Law Offices

3  of Jean D. Chen and my business address is:

4  2107 N. First St., Suite 300, San Jose CA, 95131

5       On  7 · 11 -07   I served:

6  **1)  Summons in a Civil Action;**
   **2)  Plaintiff's original complaint for petition for hearing on naturalization**
7       **application under 8 U.S.C. §1447(b);**
   **3)  Order setting initial case management conference and ADR deadlines; standing**
8       **order re: initial case management; standing order regarding case management**
9       **in civil cases; contents of joint case management statement**

10 on the persons or entities named below, for the case You v. Gonzales, et al, (**C07-03565 RS**) by
11 placing said documents in an envelope, which was then sealed, with postage fully paid and
   addressed as follows:

12
       Alberto Gonzales
13     United States Attorney General
14     U.S. Department of Justice
       950 Pennsylvania Avenue, NW
15     Washington, DC 20530-0001

16
       Michael Chertoff
17     Secretary of the Department of Homeland Security
       U.S. Department of Homeland Security
18     Washington, DC 20528

19
       Emilio T. Gonzalez
20     Director
       U.S. Citizenship and Immigration Services
21     425 I Street, NW
22     Washington, DC 20536-0003

23     Robert S. Mueller, III
       Director of FBI
24     Federal Bureau of Investigation
       J. Edgar Hoover Building
25     935 Pennsylvania Ave, NW
26     Washington, DC 20536-0001

27     U.S. Attorney
28     United States Attorney's Office

Proof of Service: C07-03565 RS               1
You v. Gonzales, et al,

1    450 Golden Gate Avenue
     11th Floor
2    San Francisco, CA 94102

3
     Office of the General Counsel
4    U.S. Department of Homeland Security
     Washington, DC 20528
5

6

7    Date of mailing: _7 - 11 - 07_ Place of mailing: San Jose, California.

8    I declare under penalty of perjury under the laws of the United States of America that the

9    forgoing is true and correct.

10

11

12   Executed this _7 - 11 - 07_ at San Jose, California

13

14                                           _____

15                                                Bo Li

16

17

18

19

20

21

22

23

24

25

26

27

28