SCOTT N. SCHOOLS (SC 9990)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6730
FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WILSON ENNING YOU, <br><br> Plaintiffs, <br><br> v. <br><br> ALBERTO GONZALES, United States Attorney General; MICHAEL CHERTOFF, Secretary, Department of Homeland Security; EMILIO T. GONZALEZ, Director, United States Citizenship and Immigration Services; and ROBERT S. MUELLER, III, Director of the Federal Bureau of Investigation, <br><br> Defendants. | No. C 07-03565 RS <br><br><br> ANSWER TO COMPLAINT |

Defendants hereby submit their answer to Plaintiff's Petition for Hearing on Naturalization Application Under 8 U.S.C. § 1447(b).

1. Paragraph One consists of Plaintiff's conclusions of law for which no answer is required; however, to the extent a responsive pleading is deemed necessary, Defendants deny the allegations in this Paragraph.

**PARTIES**

2. Defendants admit the allegations in Paragraph Two.

3. Defendants deny the allegations in Paragraph Three.

1     4.    Defendants admit the allegations in Paragraph Four.

2     5.    Defendants admit the allegations in Paragraph Five.

3     6.    Defendants admit the first sentence of Paragraph Six.  Defendants deny the second sentence in Paragraph Six.

### JURISDICTION

7.    Paragraph Seven consists of Plaintiff's allegation regarding jurisdiction, to which no responsive pleading is required.

### VENUE

8.    Paragraph Eight consists of Plaintiff's allegations regarding venue, to which no responsive pleading is required.

### INTRADISTRICT ASSIGNMENT

9.    Paragraph Nine consists of Plaintiff's allegations regarding intradistrict assignment, to which no responsive pleading is required; however, to the extent a responsive pleading is deemed necessary, Defendants are without sufficient information or knowledge to either admit or deny that Plaintiff's allegations regarding intradistrict assignment.

### CAUSE OF ACTION

10.    Defendants admit the allegations in Paragraph Ten.

11.    Defendants admit the allegations in Paragraph Eleven.

12.    Defendants deny the allegations in Paragraph Twelve.

13.    Paragraph Thirteen consists of Plaintiff's conclusions of law for which no answer is required; however, to the extent that such allegations are deemed to require an answer, Defendants deny the allegations contained in this paragraph.

### PRAYER

14.    Paragraph Fourteen consists of Plaintiff's prayer for relief, to which no admission or denial is required; to the extent a responsive pleading is deemed to be required, Defendants deny this paragraph.

### AFFIRMATIVE AND OR OTHER DEFENSES

All allegations not here before specifically admitted, denied, or modified, are hereby denied.

1  For further and separate answer, Defendant alleges as follows:

2  **FIRST AFFIRMATIVE DEFENSE**

3  The Court lacks jurisdiction over the subject matter of this action.

4  **SECOND AFFIRMATIVE DEFENSE**

5  The Complaint fails to state a claim against the Defendants upon which relief can be granted.

6  **THIRD AFFIRMATIVE DEFENSE**

7  No acts or omissions by the United States or its employees were the proximate cause of any
8  injury or damages to the Plaintiff.

9  **FOURTH AFFIRMATIVE DEFENSE**

10  At all times alleged in the complaint, Defendants were acting with good faith, with
11  justification, and pursuant to authority.

12  **FIFTH AFFIRMATIVE DEFENSE**

13  The Defendants are processing the application referred to in the Complaint to the extent
14  possible at this time. Accordingly, no relief as prayed for is warranted.

15  WHEREFORE, Defendant prays for relief as follows:

16  That judgment be entered for Defendants and against Plaintiff, dismissing Plaintiff's Petition
17  with prejudice; that Plaintiff takes nothing; and that the Court grant such further relief as it deems
18  just and proper under the circumstances.

19  Date: September 10, 2007                    Respectfully submitted,

20                                              SCOTT N. SCHOOLS
                                                United States Attorney
21

22                                              _____/s/_____
                                                MELANIE L. PROCTOR
23                                              Assistant United States Attorney
                                                Attorneys for Defendants
24

25

26

27

28

ANSWER
C 07-03565 RS                        3