**United States District Court**

For the Northern District of California

**\*E-FILED 9/20/07\***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WILSON ENNING YOU,                              No. C 07-03565 RS

          Plaintiff(s),

      v.                                                   **ORDER**

ALBERTO GONZALES, et al.,

          Defendant(s).

_____/

      Pursuant to General Order 44, this case has been assigned to Magistrate Judge Richard
Seeborg to conduct all further proceedings and to order the entry of final judgment upon the written
consent of all parties in the case.

      IT IS HEREBY ORDERED that the parties shall make a determination regarding the issue of
consent to the jurisdiction of the Magistrate Judge in accordance with Title 28, U.S.C. §636(c) and
Federal Rule of Civil Procedure 73 and file either a Consent to Proceed Before a United States
Magistrate Judge or a Request for Reassignment to a United States District Judge no later than **14
days from the date of this order**.

      If the parties do not consent, the case will be randomly reassigned to a District Judge of this
court.

Dated: September 20, 2007                          _____

                                  RICHARD SEEBORG
                                  United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

Justin Fok    jfok@jclawoffice.com

Melanie Lea Proctor    Melanie.Proctor@usdoj.gov, tiffani.chiu@usdoj.gov

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

Dated: September 20, 2007

/s/ BAK
Chambers of Magistrate Judge Richard Seeborg

United States District Court
For the Northern District of California