SCOTT N. SCHOOLS (SC 9990)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6730
    FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| WILSON ENNING YOU, | ) | No. C 07-03565 RS |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
|     v. | ) | |
| | ) | CONSENT TO PROCEED BEFORE A |
| PETER D. KEISLER,* Attorney General | ) | MAGISTRATE JUDGE |
| of the United States; et al., | ) | |
| | ) | |
|     Defendants. | ) | |

    In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, Defendants hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: September 21, 2007                              Respectfully submitted,

                                                              SCOTT N. SCHOOLS
                                                              United States Attorney


                                                                 /S/
                                                             MELANIE L. PROCTOR
                                                             Assistant United States Attorney