UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Wilson Enning You

        Plaintiff(s),

v.

Alberto Gonzales, United States Attorney General;
Michael Chertoff, Secretary, Department of Homeland Security;
Emilio T. Gonzalez, Director, United States Citizenship and Immigration Services;
Robert S. Mueller III, Director of the Federal Bureau of Investigation;

        Defendant(s).

No. C 07-03565 RS

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: September 24, 2007

Signature

Counsel for Plaintiff
(Plaintiff, Defendant or indicate "pro se")