**United States District Court**
For the Northern District of California

*E-FILED 9/28/07*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WILSON ENNING YOU, | NO. C 07-03565 RS |
| Plaintiff, | **ORDER** |
| v. | |
| ALBERTO GONZALES, et al., | |
| Defendants. | |

In this action, plaintiff seeks to compel defendants to take action on his application for naturalization. It appears the issues raised in the complaint likely are amenable to resolution on summary judgment. The parties are directed, therefore, to file cross-motions for summary judgment as promptly as practicable.

The Order Setting Initial Case Management Conference and ADR Deadlines entered on July 10, 2007, in this action is hereby VACATED.

IT IS SO ORDERED.

Dated: 9/28/07

RICHARD SEEBORG
United States Magistrate Judge

ORDER
C 07-03565 RS

1

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER HAS BEEN GIVEN TO:**

Justin Fok    jfok@jclawoffice.com

Melanie Lea Proctor    Melanie.Proctor@usdoj.gov, tiffani.chiu@usdoj.gov

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the Court's CM/ECF program.

**Dated: 9/28/07**                                   **Chambers of Judge Richard Seeborg**

                                                     **By:** ____/s/ BAK____

ORDER
C 07-03565 RS

2