Justin Fok, Esq., CA Bar: 242272
Law Offices of Jean D. Chen
2107 N. First Street, Suite 400
San Jose, CA 95131
Telephone: (408) 437-1788
Facsimile:  (408) 437-9788
Email: jfok@jclawoffice.com

Attorney for Plaintiffs
Wilson Enning You

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **Wilson Enning You** </br></br> Plaintiff, </br> v. </br></br> **Alberto Gonzales**, United States Attorney General, United States Department of Justice; **Michael Chertoff**, Secretary, Department of Homeland Security; **Emilio T. Gonzalez**, Director, United States Citizenship and Immigration Services; **Robert S. Mueller III**, Director, Federal Bureau of Investigation </br></br> Defendants. | Case No.  07-3565 RS </br></br></br> **NOTICE OF CHANGE OF ADDRESS** |

NOTICE OF CHANGE OF ADDRESS

TO ALL PARTIES AND THEIR ATTORNEY OF RECORD:

PLEASE TAKE NOTICE THAT Justin G. Fok has changed his address.

Current Contact Information:

Case No. 07-3565 RS                                   1
Notice of Change of Address

1  Justin G. Fok
   Law Offices of Jean D. Chen
2  2107 N. First Street, Suite 400
3  San Jose, CA 95131

4

5
   Dated: October 17, 2007                               Respectfully Submitted,
6

7
                                                         _____/s/_____
8                                                        Justin Fok, CA Bar: 242272
                                                         Attorney for Plaintiff
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 07-3565 RS                 2
Notice of Change of Address