1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)                    *E-FILED  11/26/07*
   Chief, Civil Division
3  MELANIE L. PROCTOR (CSBN 228971)
   Melanie.Proctor@usdoj.gov
4  Assistant United States Attorney

5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
6      Telephone: (415) 436-6730
       FAX: (415) 436-6927
7
   Attorneys for Defendants
8
                   UNITED STATES DISTRICT COURT
9
               NORTHERN DISTRICT OF CALIFORNIA
10
                       SAN JOSE DIVISION
11
   WILSON ENNING YOU,              )      No. C 07-03565 RS
12                                 )
                   Plaintiff,      )
13                                 )
             v.                    )
14                                 )      STIPULATED DISMISSAL;
   MICHAEL B. MUKASEY, Attorney    )      [PROPOSED] ORDER
15 General of the United States; et al.,  )
                                   )
16                 Defendants.     )
   _____)
17
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

STIPULATED DISMISSAL
No. C 07-03565 RS

Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services is ready to adjudicate Plaintiff's application for naturalization, and will do so within 30 days of the Court's order.

The parties shall bear their own costs and fees.

Dated: November 26, 2007                                Respectfully submitted,

                                                        SCOTT N. SCHOOLS
                                                        United States Attorney


                                                        _____/S/_____
                                                        MELANIE L. PROCTOR[1]
                                                        Assistant United States Attorney
                                                        Attorney for Defendants



Dated: November 26, 2007                                _____/s/_____
                                                        JUSTIN FOK
                                                        Attorney for Plaintiff



# ORDER

Pursuant to stipulation, IT IS SO ORDERED.


Dated:     November 26, 2007                            _____
                                                        RICHARD SEEBORG
                                                        United States Magistrate Judge

---

[1]I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

STIPULATED DISMISSAL
No. C 07-03565 RS                    2