SCOTT N. SCHOOLS (SC 9990)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
Assistant United States Attorney

*E-FILED 11/26/07*

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6730
FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WILSON ENNING YOU, | No. C 07-03565 RS |
| Plaintiff, | |
| v. | |
| MICHAEL B. MUKASEY, Attorney General of the United States; et al., | STIPULATED DISMISSAL; [PROPOSED] ORDER |
| Defendants. | |

///
///
///
///
///
///
///
///
///
///
///
///

STIPULATED DISMISSAL
No. C 07-03565 RS

1    Plaintiff, by and through his attorney of record, and Defendants, by and through their

2  attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-

3  entitled action without prejudice in light of the fact that the United States Citizenship and

4  Immigration Services is ready to adjudicate Plaintiff's application for naturalization, and will do so

5  within 30 days of the Court's order.

6    The parties shall bear their own costs and fees.

7
8  Dated: November 26, 2007                    Respectfully submitted,

9                                              SCOTT N. SCHOOLS
                                               United States Attorney

10
                                                       _/S/_____
11                                             MELANIE L. PROCTOR[1]
                                               Assistant United States Attorney
12                                             Attorney for Defendants

13

14  Dated: November 26, 2007                          _/s/_____
                                               JUSTIN FOK
15                                             Attorney for Plaintiff

16

17                          **ORDER**

18    Pursuant to stipulation, IT IS SO ORDERED.

19

20  Dated:        November 26, 2007

21                                             _____
                                               RICHARD SEEBORG
22                                             United States Magistrate Judge

23

24

25

26

27  _____

28    [1]I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any
    signatures indicated by a "conformed" signature (/S/) within this efiled document.

STIPULATED DISMISSAL
No. C 07-03565 RS                          2